THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Anthony Michael Lowery, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-443
 Submitted July 7, 2004  Filed August 24, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Anthony Michael Lowery appeals his conviction for two counts 
 of assault and battery of a high and aggravated nature. Lowery argues the trial 
 judge erred in accepting his guilty plea to the charges because the plea failed 
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 
 238 (1969).  Lowerys counsel attached to the brief a petition to be relieved 
 as counsel, stating that he had reviewed the record and concluded this appeal 
 lacks merit.  Lowery did not file a separate pro se brief.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss 
 [1] Lowerys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.